# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Gallagher

                                        Plaintiff,

v.                                                    Case No.: 1:18–cv–07556
                                                      Honorable Andrea R. Wood

Case New Holland, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 1, 2021:

     MINUTE entry before the Honorable Andrea R. Wood: The parties' second joint motion for extension of fact discovery and dispositive motion deadlines [67] is granted. The fact discovery deadline is extended to 3/25/2021 and the dispositive motion deadline is extended to 6/14/2021. By 3/12/2021, the parties shall file a joint status report setting forth: (1) the status of discovery, including what progress has been made, whether the parties are aware of any discovery disputes that they anticipate will require the Court's involvement, whether the parties are aware of any reason they will not be able to complete fact discovery by 3/25/2021, and a revised proposed schedule for the completion of expert discovery, if the parties still expect that expert discovery will be needed; (2) the parties' views regarding prospects for settlement; and (3) any other matters the parties feel it would be helpful to discuss with the Court at a telephonic status hearing. Telephonic status hearing set for 3/24/2021 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.